UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ADAM NOWAK,

        Plaintiff,

-vs.-

                                                    06-CV-6480 (CJS)

WALMART,

        Defendant.

---

### STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, Adam Nowak, and Defendant Wal-Mart Stores, Inc., by their respective counsel hereby move, and stipulate for a dismissal with prejudice, of all claims against Defendant in the above-styled case pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and all other applicable rules. Each party shall bear its own costs and fees.

| | |
|---|---|
| Samuel F. Prato, Esq.<br>Bar Roll No.: _____<br>183 East Main Street – Suite 1435<br>Rochester, New York 14604<br>Attorney for the Plaintiff<br>ADAM NOWAK<br><br>By: _/s/ Samuel F. Prato_<br>     Samuel F. Prato<br><br>Date: 25 Jan 2007 | Linda H. Joseph<br>Bar Roll No.: 509408<br>SCHRÖDER, JOSEPH & ASSOCIATES, LLP<br>766 Ellicott Street<br>Buffalo, New York 14203<br>Attorney for the Defendant<br>WAL-MART STORES, INC.<br><br>By: _/s/ Linda H. Joseph_<br>     Linda H. Joseph<br><br>Date: January 2, 2007 |

SO ORDERED:   3-15-07

_/s/ Charles J. Siragusa_
Hon. Charles J. Siragusa, U.S.D.J.